IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-03138-WJM-KLM

AURORA BANK FSB, a Federal Saving Bank,

    Plaintiff,

v.

STANDARD PACIFIC MORTGAGE, INC., a Delaware Corporation formerly known as Family Lending Services, Inc.,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendant's **Unopposed Motion to Reset the Scheduling Conference Set for February 27, 2013 at 11:00 a.m.** [Docket No. 11; Filed February 5, 2013] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#11] is **GRANTED**.  Accordingly,

    IT IS FURTHER **ORDERED** that the Scheduling Conference set for February 27, 2013 at 11:00 a.m. is **VACATED** and **RESET** to **April 2, 2013 at 9:30 a.m.** in Courtroom C-204 of the Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.

    IT IS FURTHER **ORDERED** that the parties shall submit their proposed scheduling order pursuant to the District of Colorado Electronic Case Filing ("ECF") Procedures.  The parties shall submit the proposed scheduling order no later than **March 28, 2013**.

    Dated:  February 6, 2013