IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-03138-WJM-KLM

AURORA BANK FSB, a Federal Saving Bank,

    Plaintiff,

v.

STANDARD PACIFIC MORTGAGE, INC., a Delaware Corporation formerly known as Family Lending Services, Inc.,

    Defendant.

---

## MINUTE ORDER

---

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Unopposed Motion for Protective Order** [Docket No. 17; Filed February 26, 2013] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#17] is **GRANTED**. Accordingly,

    IT IS FURTHER **ORDERED** that the Protective Order [#17-1, #17-2] supplied by Plaintiff is **accepted** for filing and entered as an Order of the Court, with interlineations, as of the date of this Minute Order.

    Dated: February 28, 2013