IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-03138-WJM-KLM

AURORA BANK FSB, a Federal Saving Bank,

    Plaintiff,

v.

STANDARD PACIFIC MORTGAGE, INC., a Delaware Corporation formerly known as Family Lending Services, Inc.,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Unopposed Motion for Leave of Court to File Its Second Amended Complaint** [Docket No. 28; Filed June 24, 2013] (the "Motion"). Pursuant to Fed. R. Civ. P. 15(a)(2), "a party may amend its pleading only with the opposing party's written consent or the court's leave. The Court should freely give leave when justice so requires." The Motion is timely and unopposed. Accordingly,

    IT IS HEREBY **ORDERED** that Plaintiff's Second Amended Complaint [#28-1] and attached Exhibits 1 and 2 [#28-2, #28-3] are accepted for filing as of the date of this Minute Order.

    Dated:  June 26, 2013