**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 12-cv-03138-WJM-KLM

AURORA COMMERCIAL CORP., as Successor by merger to AURORA BANK FSB, f/k/a Lehman Brothers Bank, FSB,

    Plaintiff,

v.

STANDARD PACIFIC MORTGAGE, INC., a Delaware Corporation f/k/a FAMILY LENDING SERVICES, INC.,

    Defendant.

## FINAL JUDGMENT

    Pursuant to and in accordance with Fed. R. Civ. P. 58(a), all Orders previously entered in this case, and the Order Granting Defendant's Motion To Dismiss, entered by the Honorable William J. Martínez, United States District Judge, on March 19, 2014,

    IT IS ORDERED that Defendant's Motion to Dismiss Plaintiff's Second Amended Complaint (ECF No. 32) is GRANTED.

    IT IS FURTHER ORDERED that Final Judgment is entered in favor of Defendant and against the Plaintiff and the action and Second Amended Complaint are DISMISSED WITH PREJUDICE. Each party shall bear its own attorney's fees and costs.

    Dated at Denver, Colorado this  20th  day of March 2014.

BY THE COURT:
JEFFREY P. COLWELL, CLERK


By:   s/Deborah Hansen
Deborah Hansen, Deputy Clerk